United States District Court
District of Massachusetts

Joseph Mulvey
vs
Senator John Keary and Staff

August 2011
Docket _____

FILED IN CLERKS OFFICE
2011 AUG 10 P 12:11
U.S. DISTRICT COURT
DISTRICT OF MASS.

Submission of Facts against Senator John Keary and Staff

It can be shown, in fact, that I Joseph Mulvey have been appealing to Senator John Keary and his staff since the early 1990's for assistance with numerous Civil Rights violations to include False Imprissionment in Federal Penitentaries each of said instances was committed by means of Perjury before Federal Grand Jurys. Grand Jurys are commonly abused by Federal Authorities for Illegal purposes such as in this case. Grand Jury Power has obviously been abused for the purpose of Terrorism of a witness to Criminal Activity. Crimes committed by Police officers, Court Clerks, Judicial Officials, State and Federal Representatives in fact the paper trail of illegal activities can now be definitively shown to lead into the office of President Barack Obama and into the very Oval office of the United States of America Itself where as Obama failed to take action to stop terrorist activities at the property of the Mulvey Family at 16 Saccarappa Road Oxford, MA

Further complaints against Senator John Keary for aiding and abetting such illegal activities as the three instances of

[signature] Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

August 9, 2011                                    Dockett

Terrorist bombings committed against my family at their home at 16 Saccarappa Road, Oxford, MA. Doccumented by the attendance of the Massachusetts State Police Bomb Squad at each instance of terrorist bombings

Since Senator John Keary and his staff have been formally notified of the ongoing criminal and constitutional violations against myself and my family. Such crimes and violations as have been committed, several counts of attempted murder includeing under the Color of Authority, several counts of kidnappings under the Color of Authority defined as such by dissmissals, numerous counts of bodily injury committed under the color of Authority committed by clearly illegal means. Which in fact constitutes torture. Four counts of terrorist bombing episodes have occored destruction of private property, vandalism of private property breaking and entering and home invasion committed under the color of Authority by illegal means such as perjury before a federal grand jury said perjury committed in an attempt to have me murdered in federal costody as having been jailed in several of the worst penitentaries in the country without a trial, without a conviction for the purpose of terrorism and attempted murder against me a witness of organized crime activities in law enforcement local, state, federal and government authorities and or law enforcement.

We have been appealing for representatives help from John Keary and his staff since the early 1990's Keary's office has never been of assistance with the constitutional

Page 2 of 3

DISTRICT OF MASSACHUSETTS

August 9, 2011                                                                 Dockett

and CRIMINAL VIOLATIONS. As such Senator John Keary and his STAFF are IN fact COCONSPIRATOR TERRORISTS, would be murderers and Thieve and Home Invaders as defined PURSUANT TO USC 18-241-242, USC 115 272 Subsection 1331-1332-A1-A2 USC 18-1951 Under The RICCO ACT for Organized Crime activities under The Color of Government, Law and Authority.

Signed under The Pains and Penalties of Perjury


CC. Boston Globe
    Washington Post
    Worcester Telegram
    Worcester Magazine

Joseph Mulvey

KAIR OF A. MULVEY
PO BOX 423
OXFORD MA. 01540

# PONIAC TREE+ SUBA
  508 340 3415

Page 3 of 3

District of Massachusetts

August 9, 2011                                                              Dockett.

Responce to Question VIII Related Cases
As far as and in reference to cases related to this matter cases related to this matter would be found in numerous courthouses both state and local District Courts as well as Federal Courts in Massachusetts, New Hampshire and Vermont. Criminal activity on the part of the Courts involved in these matters can easily be shown through Illegal Dissmissal of cases where the facts were still in Dispute in said cases

*[signature]*